**DENIED and Opinion Filed August 1, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00896-CV**

**IN RE JASON BURGO, Relator**

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50536-2024**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court are relator's July 30, 2024 petition for writ of mandamus and emergency motion for temporary relief. In his petition, relator challenges the trial court's temporary orders. In his emergency motion, relator seeks to stay the upcoming August 2, 2024 bench trial pending our action on the petition.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied relator's petition, we also deny as moot relator's emergency motion. Additionally, based on our review, relator's petition and its attached appendix contain unredacted sensitive data—such as a minor's full name and birthdate—in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's petition and its attached appendix.

/Erin A. Nowell/
ERIN A. NOWELL
240896F.P05                                                JUSTICE